1

2

3

4

5

6

7

8

9     **IN THE UNITED STATES DISTRICT COURT**

10    **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

11

12

13    FERNANDO E. PEREZ,                          Case No. ED CV 15-1469 AG (MRW)

14              Petitioner,

15         v.                                     ORDER ACCEPTING FINDINGS
                                                  AND RECOMMENDATIONS OF
16    JEFFREY BEARD, Warden,                      UNITED STATES MAGISTRATE
                                                  JUDGE
17              Respondent.

18

19

20         Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on

21    file, and the Report and Recommendation of the United States Magistrate Judge.

22    Further, the Court engaged in a de novo review of those portions of the Report to

23    which Petitioner objected. The Court accepts the findings and recommendation of

24    the Magistrate Judge.

25

26

27

28

1       IT IS ORDERED that Judgment be entered denying the petition and

2   dismissing this action with prejudice.

3

4

5

6   DATE: June 30, 2016          _____
                                 HON. ANDREW J. GUILFORD
7                                UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2