1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

FERNANDO E. PEREZ,

          Petitioner,

      v.

JEFFREY BEARD, Warden,

          Respondent.

Case No. ED CV 15-1469 AG (MRW)

JUDGMENT

      Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

      IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: June 30, 2016

_____
HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE